# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON
AND ESTATE OF SEAN LESTER KAZI,
AN ADULT PROTECTED PERSON.

SEAN LESTER KAZI,
              Appellant,
vs.
NAZIR KAZI; AND KATHLEEN ANN
KAZI,
              Respondents.

No. 78371

**FILED**

AUG 1 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order appointing counsel and directing release of medical and financial records and information. Eighth Judicial District Court, Family Court Division, Clark County; William S. Potter, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule permits an appeal from the order described above. Accordingly, this court lacks jurisdiction over this appeal, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345,

301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver


cc: Hon. William S. Potter, District Judge, Family Court Division
Sean Lester Kazi
Kathleen Ann Kazi
Nazir Kazi
Eighth District Court Clerk

_____

[1]In light of this dismissal, this court takes no action in regard to the documents filed on August 12, 2019.